# FULL ADMISSIONS

**State Court**

Georgia Court of Appeals - 9/20/1994

Supreme Court of Georgia - 9/26/1994

Virginia – 04/12/2021

**District Court**

Northern District of Georgia - 10/3/1994

Middle District of Georgia - 5/3/1996

Southern District of Georgia - 1/7/1999

Northern District of Florida – 7/25/2011

District of Columbia – 10/16/2018

District of Nebraska – 01/27/2017

District of North Dakota – 10/31/2017

Eastern District of Michigan – 11/29/2016

Eastern District of Tennessee – 02/25/2021

**Appellate Court**

Ninth Circuit Court of Appeals – 1/12/2018

Fourth Circuit Court of Appeals – 2/2/2005

Fifth Circuit Court of Appeals – 2/15/2012

Sixth Circuit Court of Appeals – 08/27/2020

Seventh Circuit Court of Appeals – 11/1/1996

Eleventh Circuit Court of Appeals – 10/24/1994

United States Supreme Court – 03/07/2005

United States Tax Court – 1/31/2013

United States Court of International Trade – 06/24/2014

## PHV ADMISSIONS

| | |
|---|---|
| SDTX | 01/04/1999 |
| WDWI | 12/27/1995 |
| WDMO | 09/04/2001 |
| WDVA | 10/28/2004 |
| MDPA | 10/28/2009 |
| MDLA | 07/22/2010 |
| MDFL | 05/02/2011 |
| DAZ | 06/13/2012 |
| DNJ | 06/20/2012 |
| CDCA | 12/04/2013 |
| WDWA | 02/25/2013 |
| EDTN | 10/15/2014 |
| EDLA | 10/15/2014 |
| WDTX | 11/12/2014 |
| WDTX | 02/10/2015 |
| SDAL | 07/21/2015 |
| DSC | 09/24/2015 |
| EDTN | 12/31/2015 |
| WDWA | 02/18/2016 |
| MDAL | 05/16/2016 |
| MDFL | 09/16/2016 |
| MDAL | 12/14/2016 |
| SDTX | 12/23/2016 |
| SDTX | 03/01/2017 |
| EDVA | 05/03/2017 |

| | |
|---|---|
| NDAL | 05/15/2017 |
| SDMS | 05/25/2017 |
| WDWA | 07/07/2017 |
| SDFL | 07/17/2017 |
| SDFL | 10/12/2017 |
| WDMO | 08/14/2018 |
| WDKY | 10/17/2018 |
| EDTN | 10/17/2018 |
| DSC | 12/04/2018 |
| EDVA | 12/13/2018 |
| EDTN | 02/22/2019 |
| SDMS | 05/02/2019 |
| DMD | 09/18/2019 |
| NDOH | 02/04/2020 |
| EDVA | 02/18/2020 |
| SDNY | 05/04/2020 |
| MDAL | 07/28/2020 |
| WDWA | 10/02/2020 |
| SDIN | 12/23/2020 |
| WDTN | 03/05/2021 |
| DSD | 04/14/2021 |