AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Andrew Tezna<br>*Defendant* | ) ) Case No. 1:21 cr 77<br>)<br>)<br>) |

FILED IN OPEN COURT
APR 19 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4/19/21

*Defendant's signature*

*Signature of defendant's attorney*

Carl Citronberg
*Printed name of defendant's attorney*

*Judge's signature*

The Hon. Claude M. Hilton, District Court Judge
*Judge's printed name and title*