| | | |
|---|---|---|
| Judge: Hilton | **SENTENCING** | Date: 07/15/2021 |
| Reporter: J. Egal | | Time: 1:35 pm to 1:52 pm |

**Cr. #** 1:21-cr-00077-001         AUSA: Kimberly Sharter
**U.S. v.** Andrew Alexander Tezna       Defense: Page Pate/Cary Citronberg

No Objection to PSR

Court finds the guidelines to be properly assessed at a range of 21 to 27 months.

Considering the factors under § 3553, and considering the Nature of Offense, Defendant's Age, Prior Record, Current Situation and Family Responsibilities the Court finds that a sentence below the guideline range is appropriate.

**Sentence Imposed:**

18        Months imprisonment
3         Years supervised release

**Conditions of Supervised Release/Probation:**

Abide by all the Standard Conditions of Supervision
Pay the restitution in monthly installments of $200.00 to commence within 60 days after release from confinement and interest is waived until release.

**Monetary penalties:**
$100.00     Assessment $ 0     Fine
$285,449.11   Restitution Ordered pursuant to the Restitution Judgment entered and filed in open court.
                 Order of Forfeiture entered and filed in open court.

**Recommendations to BOP:**
✓     Court rec. that the dft be incarcerated: FPC Pensacola

Defendant: _____ Remanded ✓ To voluntarily surrender once space is available.