FILED IN OPEN COURT
JUL 15 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:21-cr-77-CMH |
| | ) |
| ANDREW ALEXANDER TEZNA | ) |
|    a/k/a N. ANDREW TEZNA | ) |
|    a/k/a NESTOR ANDRES TEZNA | ) |
| | ) |
| Defendant. | ) |

CONSENT ORDER OF FORFEITURE

WHEREAS, on April 19, 2021, Defendant Andrew Alexander Tezna pled guilty to a single count Criminal Information, charging the defendant with bank fraud, in violation of Title 18, United States Code, Section 1344(2), and pursuant to the defendant's plea, the defendant agreed to the entry of a monetary judgment of $285,449.11, representing the proceeds the defendant obtained as a result of Count One;

AND WHEREAS, the defendant agrees to waive the provisions of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2(a), 32.2(b)(4) and 43(a) with respect to discussion of forfeiture at the plea colloquy, notice of forfeiture in the charging instrument, and announcement of the forfeiture at sentencing and incorporation of the forfeiture in the judgment;

NOW, THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The following property is forfeited to the United States, pursuant to 18 U.S.C. 982(a)(2)(A):

> A sum of money in the amount of $285,449.11, which represents the proceeds of Count One obtained by the defendant and which sum shall constitute a monetary judgment against the defendant and in favor of the United States. This is a sum for which the defendant shall be solely liable.

2.  The United States of America may collect said judgment by all available means, including but not limited to the forfeiture of direct proceeds and substitute assets. The defendant stipulates and the Court finds that the requirements of 21 U.S.C. § 853(p)(1) have been met.

3.  Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States is authorized to conduct any appropriate discovery including depositions, interrogatories, requests for production of documents and for admissions, and pursuant to Fed. R. Civil P. 45, the issuance of subpoenas.

4. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this order shall be included in the judgment in this case.

5.  Because the forfeiture consists of a money judgment, no ancillary proceeding is necessary as directed by Fed. R. Crim. P. 32.2(c)(1).

July _15_, 2021
Alexandria, Virginia

_____
United States District Judge Hilton

WE ASK FOR THIS:

    Raj Parekh
    Acting United States Attorney
    Eastern District of Virginia

By: _____
    Kimberly M. Shartar
    Jamar K. Walker
    Assistant United States Attorneys

_____
Andrew Alexander Tezna
Defendant

_____
Page Anthony Pate, Esq.
Counsel for the Defendant